# EXHIBIT D



search...

Home » Support Center » **FAQ: Frequently Asked Questions** » Comparison of LEAP and

**November 2005**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |

This month

**MAIN MENU**

Home
Software Demos
Learning Center
Support Center
About MoneyTrax
Contact Us

**PURCHASE NOW!**

Categories
- Products
  - Software
    - Full System
    - Single Items
    - Renewals
  - Printed Materials
  - Training
    - COW College 2006
    - Live Seminars
    - CBT/Online
    - DVD/Video
    - CD/Audio

Show Cart
Your Cart is currently empty.

You are not authorized to view this resource.
You need to login.

Copyright 2005 MoneyTrax, Inc. All rights reserved.