```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                        Minutes of Proceedings
```

Trenton                                          March 25, 2008
Office                                          Date of Proceedings

Judge Freda L. Wolfson, USDJ

Court Reporter: E.S.R
Deputy Clerk   Jackie Gore

Title of Case:                         Docket Cv. 05-1521(FLW)

LEAP SYSTEMS, INC.
     VS
MONEY TRAX, INC.  et al.

Appearances:

Melissa L. Klipp, Esq. For Pltf.
Marc D. Haefner, Esq. For Deft. Moneytrax, Inc.
Jeffrey Ullman, Esq. For Deft. Norman Baker

Nature of Proceedings: SETTLEMENT CONFERENCE

Settlement Conference held in chambers.
Parties reached a settlement.
Terms of settlement placed on the record.
Order to be filed.




Commenced: 10:00 a.m.
Adjourned: 7:00 p.m.


                                        s/Jacqueline Gore
                                        Deputy Clerk