UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAP SYSTEMS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MONEYTRAX, INC. AND NORMAN BAKER : <br> : <br> Defendants. : | Civil Action No. 05-1521 (FLW) <br><br> **ORDER** |

Plaintiff Leap Systems, Inc., ("Leap" or "Plaintiff") and defendants Norman Baker and MoneyTrax, Inc., ("Defendants") having entered into an Agreement to settle the claims and counterclaims in this action between them in their entirety (the "Agreement"), subject to the continuing jurisdiction of the Court for purposes of enforcement thereof, it being the express intention of the parties that such jurisdiction be retained and it being the direction of the Court that jurisdiction be retained and Plaintiff having moved to dismiss the complaint, and defendant Baker having moved to dismiss his counterclaim, pursuant to Rule 41(a)(2), and for cause appearing therefore;

**IT IS** on this 4th day of April, 2008.

**ORDERED** that the within action , including all claims, defenses and counterclaims therein interposed between the parties and Defendants be, and the same hereby are, dismissed, with prejudice and without costs to any of the parties, subject to the terms, conditions and provisions agreed to by the parties in the Agreement; it is further

**ORDERED** that the terms of the Agreement placed on the record on March 25, 2008 shall not be made public and kept confidential until the Court has the opportunity to review a formal motion to seal; and therefore, it is the direction of this Court that defendant Baker shall have leave to file his motion to seal.

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.