IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Melissa L. Klipp (MK 7772)
DRINKER BIDDLE & REATH, LLP
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
*Attorneys for Plaintiff,*
*LEAP Systems, Inc.*

| | |
|---|---|
| LEAP SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONEYTRAX, INC. and NORMAN BAKER, <br><br> Defendants. | DOCUMENT ELECTRONICALLY FILED <br><br> Civil Action No. 05cv1521(FLW) <br> Hon. Freda L. Wolfson <br><br> **NOTICE OF A MOTION TO SEAL MATERIALS PURSUANT TO L. CIV. R. 5.3** |

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on May 5, 2008 at 10:00 a.m., or as soon as counsel may be heard, Plaintiffs LEAP Systems, Inc., ("LEAP"), shall apply before the Honorable Freda L. Wolfson, United States District Judge, at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order, pursuant to L. Civ. R. 5.3, sealing those

portions of the recording made on March 25, 2008, discussing the specific terms of the settlement agreement between the parties.

PLEASE TAKE FURTHER NOTICE that in support of this application, LEAP will rely upon the accompanying Declaration of Melissa L. Klipp. A form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that if opposition is presented, which is not anticipated, LEAP requests oral argument.

Respectfully Submitted,

DRINKER BIDDLE & REATH, LLP

Dated: April 11, 2008

/s/ Melissa L. Klipp
Melissa L. Klipp
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
*Attorneys for Plaintiff,*
*LEAP Systems, Inc.*