UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEAP SYSTEMS, INC., :
: Civil Action No. 05-1521 (FLW)
          Plaintiff, :
: **ORDER**
   v. :
:
MONEYTRAX, INC. and NORMAN :
BAKER, :
:
          Defendants. :
:

    **THIS MATTER** having been opened to the Court by Jeffery D. Ullman, Esq., counsel for Appellant/Intervenor Todd Langford ("Appellant"), on an appeal of the Magistrate Judge's September 24, 2009 Order denying his application to unseal portions of the transcript of a recorded settlement between Appelle LEAP Systems, Inc. ("Appelle") and Defendants MoneyTrax, Inc. and Norman Baker; it appearing that the Appelle, through its counsel Heather M. Hughes, Esq., opposes the appeal; the Court having reviewed the parties' submissions in connection with the instant appeal, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

    **IT IS** on this 1st day of June, 2010,

    **ORDERED** that the Magistrate Judge's decision is **AFFIRMED** and **MODIFIED.**

                                                  /s/ Freda L. Wolfson
                                                  Hon. Freda L. Wolfson
                                                  United States District Judge