**ULLMAN, FURHMAN & PLATT, P.C.**
Attorneys for Intervenor, Todd Langford
89 Headquarters Plaza
North Tower, 12th Floor
Morristown, New Jersey 07960
Tel.: (973) 993-1744
Fax: (973) 993-1748
Email: ullman@ufplaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEAP SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>—*against*—<br><br>MONEYTRAX, INC., ESTATE OF NORMAN BAKER and PEGGY BAKER,<br><br>   Defendants.<br><br>TODD LANGFORD,<br><br>   Invervenor. | Civil Action No. 05cv1521 (FLW)<br><br>**NOTICE OF APPEAL** |

TO: All Counsel of Record:

  **PLEASE TAKE NOTICE,** that Todd Langford, intervenor in this action, hereby appeals to the United States Court of Appeals for the Third Circuit from so much of an Order entered in this action by the district court on June 1, 2010, as affirmed an order of the Magistrate Judge assigned to the action, made and entered on September 29, 2009, denying intervenor's motion to unseal portions of the transcript of proceedings in this action of March 25, 2008, concerning the settlement of the action as among the principal parties thereto.

Respectfully submitted,

**ULLMAN, FURHMAN & PLATT, P.C.**

By: _____

Jeffrey D. Ullman
A Member of the Firm

Dated: Morristown, New Jersey
June 29, 2010