# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Walter J. Fleischer, Jr.
Heather M. Hughes
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey  07932
(973) 360-1100
*Attorneys for Plaintiff*
*LEAP Systems, Inc.*



| | |
|---|---|
| LEAP SYSTEMS, INC., | DOCUMENT ELECTRONICALLY FILED |
| Plaintiff, | |
| | Civil Action No. 05cv1521(FLW) |
| v. | |
| | Hon. Freda L. Wolfson |
| MONEYTRAX, INC., ESTATE OF NORMAN BAKER and PEGGY BAKER, | **NOTICE OF CROSS-APPEAL** |
| Defendants. | |
| TODD LANGFORD, | |
| Intervenor. | |

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Plaintiff LEAP Systems, Inc., hereby

appeals to the United States Court of Appeals for the Third Circuit from so much

of an Order entered in this action by the district court on June 1, 2010 (Docket

Entry 116), and the opinion incorporated by reference therein (Docket Entry 115),

as modified an order of the Magistrate Judge assigned to the action, made and

entered on September 29, 2009 (Docket Entry 92), which held that the transcript of

the March 25, 2008 settlement was not a judicial record subject to public access.

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

Dated:  July 13, 2010

s/Walter J. Fleischer, Jr.
Walter J. Fleischer, Jr.
Heather M. Hughes
500 Campus Drive
Florham Park, New Jersey  07932
(973) 360-1100
*Attorneys for Plaintiff,*
*LEAP Systems, Inc.*

2