UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LEAP SYSTEMS, INC., | : | |
| | : | Civil Action No. 05-1521 (FLW) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| MONEYTRAX, INC. and NORMAN BAKER, | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having been opened to the Court by Jeffery D. Ullman, Esq., counsel for Intervenor Todd Langford ("Langford"), on a request for the Court to unseal certain portions of the transcript of a proceeding conducted by the Court on March 25, 2008; it appearing that at this Court's direction in an Order dated June 1, 2010, which is presently on appeal in the Third Circuit, Plaintiff LEAP Systems, Inc. ("LEAP Systems"), redacted portions of the transcript that purportedly contain confidential information and provided the redacted version to Langford; it appearing that Langford contends that LEAP Systems incorrectly redacted page 3, line 23 to page 4 line 4; page 7 lines 7 to 17; page 8, lines 10 to 18; page 8, line 24 to page 9 line 12; and page 12, line 25 to page 13, line 3; it appearing that Langford further contends that these specific portions of the transcript should not be redacted because they are not confidential information; it appearing that, in response, LEAP Systems disputes Langford's conclusion, and asks the Court to take no action on Langford's request because this matter is on appeal; it appearing that because the parties have not filed a stay of this Court's Order dated June 1, 2010, and no such stay exists, the Court, in its discretion, can determine this issue; it appearing that having reviewed the submissions and the March 25, 2008 transcript, the Court finds that the disputed portions of the transcript, as set forth above, are not

confidential; rather, these portions are colloquy between the Court and counsel regarding their understanding and assent to the terms of the parties' settlement, and therefore, LEAP Systems is directed to make available these disputed portions to Langford; the Court having reviewed Langford's request pursuant to Fed. R. Civ. P. 78, for the reasons stated herein and for good cause shown,

**IT IS** on this 28th day of July, 2010,

**ORDERED** that the following portions of the March 25, 2008 transcript shall be unsealed by LEAP Systems and made available to Langford: page 3, line 23 to page 4 line 4; page 7 lines 7 to 17; page 8, lines 10 to 18; page 8, line 24 to page 9 line 12; and page 12, line 25 to page 13, line 3.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
United States District Judge